Tessie Y. GRAHAM, Respondent,

v.

WESTON EDUCATIONAL INC., Appellant.

WD 79815

Missouri Court of Appeals, Western District.

ORDER FILED: July 5, 2017

Kyle Russell, Overland Park, KS, Counsel for Appellant.

Janelle Williams, Daniel O'Donnell, Jr., Overland Park, KS, Co-Counsel for Appellant.

George Kapke, Jr., Lee Summit, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Weston Educational, Inc. d/b/a Heritage College and Mr. Larry Cartmill appeal the Jackson County circuit court's judgment

denying their motion to stay and to compel arbitration of an employment-related dispute brought by Ms. Tessie Y. Graham. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).